United States District Court
Southern District of Texas
FILED

MAY 1 3 2002

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

CRUZ MARIO TREVINO and NORMA   §
ALICIA RODRIGUEZ, INDIVIDUALLY   §
AND AS NEXT FRIENDS OF   §
RAFAEL ASBEURI, A MINOR   §
               **Plaintiffs**   §
  §
VS.   §
  §
  §
WAL-MART STORES, INC.,   §
              **Defendant**   §

B-02-099

CIVIL ACTION NO._____
(DIVERSITY)

## NOTICE OF REMOVAL OF ACTION UNDER
## 28 U.S.C. § 1441(B) (DIVERSITY)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Wal-Mart Stores, Inc. hereby removes to this Court the state court action described below.

1. On April 8, 2002, an action was commenced in the 138th Judicial District Court of the State of Texas in and for the County of Cameron, entitled, Cruz Mario Trevino and Norma Alicia Rodriguez, Individually And As Next Friends of Rafael Asbeuri, a Minor vs. Wal-Mart Stores, Inc., Defendant, as Cause Number 2002-04-1435-B, *a copy which is attached hereto attached as Exhibit "A"*.

2. The first date upon which Defendant received a copy of the said complaint was April 18, 2002, when Defendant was served with a copy of the said complaint and a summons from the said State Court. A copy of the summons is *attached hereto as Exhibit "B"*. The following constitutes all of the process, pleadings, and orders served upon Plaintiffs and Defendant in this action.

1.    Plaintiff's Original Petition;

2.    Copy of Return Citation of Defendant Wal-Mart Stores, Inc.; and.

3.    Copy of State District Court Docket Sheet.

3.    This action is a civil action of which these Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to these Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action wherein the matter in controversy exceeds the sum of $50,000.00, exclusive of interest and costs, and is between citizens of different states.

4.    Defendant is informed and believes that Plaintiffs Cruz Mario Trevino and Norma Alicia Rodriguez, Individually And As Next Friends of Rafael Asbeuri, a Minor were and still are citizen(s) of the State of Texas.  Defendant Wal-Mart Stores, Inc. was, at the time of the filing of these action, and still is, a corporation incorporated under the laws of the State of Delaware, having its principal place of business in the State of Arkansas, and is the only Defendant that has been served summons and complaint in these action.

DATED:  May 8, 2002.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/428-4544 Telephone
956/428-4880 Facsimile

Jaime A. Drabek
State Bar No. 06102410
Fed. Id. No. 8643
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I, hereby certify that on these the _____8th_____ day of May, 2002, a true and correct copy of the foregoing instrument was sent to all counsel of record by Facsimile, Certified Mail, Return Receipt Requested and/or hand delivery, to wit:

Mr. Richard J. W. Nunez
Law Offices of Richard J. W. Nunez
144 E. Price Road
Brownsville, Texas   78521

Jaime A. Drabek

## INDEX OF DOCUMENTS
## FILED WITH REMOVAL ACTION

A.     Plaintiff's Original Petition

B.     Copy of Return Citation of Defendant Wal-Mart Stores, Inc.

C.     Copy of State District Court Docket Sheet

## LIST OF ATTORNEYS/PARTIES

1.    Attorney for the Plaintiffs:

Mr. Richard J. W. Nunez
**Law Offices of Richard J. W. Nunez**
144 E. Price Road
Brownsville, Texas   78521
State Bar No. 15134600
(956) 541-8502
(956) 541-8623


2.    Attorney for the Defendant:
Mr. Jaime A. Drabek
**Drabek & Associates**
1720 E. Harrison, Suite B
Harlingen, Texas   78550
State Bar No. 06102410
Federal I.D.# 8643
(956) 428-4544 Telephone
(956) 428-4880 Facsimile

## **AFFIDAVIT**

THE STATE OF TEXAS      §

COUNTY OF CAMERON   §

     **BEFORE ME**, the undersigned authority, on this day personally appeared JAIME

A. DRABEK of Harlingen, Cameron County, Texas, who being by me duly sworn, deposes

and says that he is an attorney for Defendant in the present cause filed by Cruz Mario

Trevino and Norma Alicia Rodriguez, Individually And As Next Friends of Rafael Asbeuri,

a Minor; that she has been authorized to make this Affidavit; and that he has read the

foregoing Notice of Removal and knows the contents thereof, and that the matters and

facts therein contained are true and correct.

     FURTHER AFFIANT SAYETH NOT.



_____

JAIME A. DRABEK, AFFIANT

     **SWORN TO AND SUBSCRIBED** before me on this the __3rd__ day of May, 2002.

EVA R LONGORIA
NOTARY PUBLIC
State of Texas
Comm. Exp. 06-01-2003

_____

NOTARY PUBLIC IN AND FOR
THE STATE OF T E X A S

NO. 2002-04-1435-B

| | | |
|---|---|---|
| CRUZ MARIO TREVINO and NORMA ALICIA RODRIGUEZ, INDIVIDUALLY AND AS NEXT FRIENDS OF RAFAEL ASBEURI, A MINOR **Plaintiffs,** | § | IN THE DISTRICT COURT |
| | § | |
| **v.** | § | 138th JUDICIAL DISTRICT |
| | § | |
| WAL-MART STORES, INC. **Defendant.** | § | OF CAMERON COUNTY, TEXAS |

FILED 4:30 O'CLOCK ___ M
AURORA DE LA GARZA, DIST. CLERK
MAY 0 9 2002
DISTRICT COURT OF CAMERON COUNTY, TEXAS

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME CRUZ MARIO TREVINO and NORMA ALICIA RODRIGUEZ, INDIVIDUALLY and as Next Friends of RAFAEL ASBEURI, hereinafter called Plaintiffs, complaining of and about WAL-MART STORES, INC., hereinafter called Defendant, and for cause of action show unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.      Plaintiffs intend that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2.      Plaintiff, CRUZ MARIO TREVINO, an individual whose address is 3154 Leopard Street, Brownsville, Texas 78521, brings this action individually and as next friend of RAFAEL ASBEURI, a minor child.

3.      Plaintiff, NORMA ALICIA RODRIGUEZ, an individual whose address is 3154

---

**PLAINTIFF'S ORIGINAL PETITION**
**CRUZ MARIO TREVINO ET AL. vs. WAL-MART STORES, INC.**



Leopard Street, Brownsville, Texas 78521, brings this action individually and as next friend of RAFAEL ASBEURI, a minor child.

4.    As used herein, "Plaintiff" shall include not only named Plaintiffs, but also persons whose claims are being represented by a Plaintiff or persons from whose injuries or death the Plaintiffs' claims are derived.

5.    Defendant WAL-MART STORES, INC., a corporation based in Texas, is organized under the laws of the State of Texas, and service of process may be effected upon said Defendant by serving the registered agent of the corporation, Corporation Service Company, at 800 Brazos, Austin, Texas 78701, its registered office. Service of said Defendant as described above can be effected by certified mail, return receipt requested.

## JURISDICTION AND VENUE

6.    The subject matter in controversy is within the jurisdictional limits of this court.

7.    This court has jurisdiction over the parties because Defendant is a Texas resident.

8.    Venue in Cameron County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

PLAINTIFF'S ORIGINAL PETITION
CRUZ MARIO TREVINO ET AL. vs. WAL-MART STORES, INC.

C:/RJWN/LP/DOC/ASBEUR~3.WPD                                      Page 2

9.    On or about December 23, 2000, Plaintiff RAFAEL ASBEURI, a minor child then fifteen (15) years of age (date of birth bring August 7, 1985) went to the Defendant's Wal-Mart Store located at 2721 Boca Chica Blvd., Brownsville, Cameron County, Texas. While at said Wal-Mart Store, owned and operated by the Defendant herein, Plaintiff RAFAEL ASBEURI, without the knowledge of consent of his parents or authorized adult, purchased on .38 caliber air rifle - against state and/or federal laws and regulations and against the very safety policies and procedures of the Defendant.   The purchase of the rifle was completely unbeknownst  to the parents of the minor plaintiff, same being Plaintiff's CRUZ MARIO TREVINO and NORMA ALICIA RODRIGUEZ. Thereafter, on or about January 14, 2001, Plaintiff RAFAEL ASBEURI, using the rifle clandestinely (still unknown to his parents) seriously injured himself.

### LIABILITY OF WAL-MART STORES, INC.

10.    While engaged in the sale of the sporting goods including firearms and weapons, Defendant, WAL-MART STORES, INC. sold a certain .38 caliber air rifle to Plaintiff RAFAEL ASBEURI, a minor, knowing full well that the minor Plaintiff was then only fifteen (15) years of age and not authorized by his parents or any authorized adult to purchase the weapon. - Defendant, in an effort to evade its own safety policies and procedures, as well as state and federal laws, conspired with the minor Plaintiff and agreed to accept the minor Plaintiff's school identification card in lieu of a driver's license to complete the purchase of the weapon to the minor Plaintiff. Defendant, WAL-MART

STORES, INC. intended and expected that the .38 caliber air rifle, sold to the minor Plaintiff without adult supervision or consent, would ultimately reach the minor Plaintiff consumer for his unsupervised use.

11.    In addition, Plaintiffs would show the court that the occurrence made the basis of this suit and the resulting injuries and damages set out below were a direct and proximate result of the negligence of WAL-MART STORES, INC. in one or more of the following respects, or by combination thereof:

      A.    Negligently inviting, enticing, and/or directing the minor Plaintiff, RAFAEL ASBEURI, into the purchase of said .38 caliber air rifle

All of which Defendant, WAL-MART STORES, INC. knew, or in the exercise of ordinary care, should have known.

12.    Defendant's aforementioned conduct constitutes a careless, negligent, and reckless disregard of a duty of care for others.

## EXEMPLARY DAMAGES

13.    Defendant WAL-MART STORES, INC.'s acts or omissions described above, when viewed from the standpoint of Defendant at the time of the act or omission, involved an extreme degree of risk, considering the probability of harm to the minor Plaintiff and others.

14.    Defendant WAL-MART STORES, INC. had actual, subjective awareness of the risk involved in the above described acts or omissions, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of Plaintiffs and others.

15.    Therefore, for such malice on behalf of Defendant, Plaintiffs sue for exemplary damages in an amount to be determined at trial.

**DAMAGES FOR INJURED PARTY, RAFAEL ASBEURI, A MINOR CHILD**

16.    As a direct and proximate result of the occurrence made the basis of this lawsuit, the subject of this lawsuit, RAFAEL ASBEURI, a minor child was caused to suffer serious and disabling injuries, and has incurred the following damages:

A.    Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Cameron County, Texas;

B.    Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

C.    Physical pain and suffering in the past;

D.    Physical pain and suffering in the future;

E.    Physical impairment in the past;

F.    Physical impairment which, in all reasonable probability, will be suffered in the future;

G.    Loss of Household Services in the past;

H.    Loss of Household Services in the future;

I.    Disfigurement in the past;

J.    Disfigurement in the future;

K.    Mental anguish in the past;

---

L.    Mental anguish in the future; and

M.    Fear of future disease or condition.

## DAMAGES FOR INJURED PARTIES, CRUZ MARIO TREVINO and NORMA ALICIA RODRIGUEZ

17.    As a direct and proximate result of the occurrence made the basis of this lawsuit, the subject of this lawsuit, CRUZ MARIO TREVINO and NORMA ALICIA RODRIGUEZ, have incurred the following damages:

A.    Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiffs for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Cameron County, Texas;

B.    Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

C.    Loss of Household Services in the past;

D.    Loss of Household Services in the future;

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, CRUZ MARIO TREVINO and NORMA ALICIA RODRIGUEZ, individually and as Next Friends of RAFAEL ASBEURI, respectfully pray that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiffs against Defendant for damages in an amount within the jurisdictional limits of the Court; exemplary damages,

excluding interest; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiffs may be entitled at law or in equity.

Respectfully submitted,

By:_____
Hon. Richard J. W. Nunez
Texas Bar No. 15134600
144 E. Price Road
Brownsville, Texas 78521
Tel. (956)541-8502
Fax. (956)541-8623
Attorney for Plaintiffs
CRUZ MARIO TREVINO and NORMA ALICIA
RODRIGUEZ, Individually and as Next
Friends of RAFAEL ASBEURI, a minor

********PLAINTIFFS HEREBY DEMAND TRIAL BY JURY********

**CSC** United States Corporation Company
2711 Centerville Road Suite 400, Wilmington, DE, 19808
(302) 636-5400

United States Corporation Company                    The Prentice-Hall Corporation System, Inc.

---

## NOTICE OF SERVICE OF PROCESS

---

Date Processed: 17-APR-02                          Transmittal #: TX1399673C          ALL

---

To: ROBERT K. RHOADS, ESQ.                    Redirect sent to:
    WAL-MART STORES, INC. LEGAL TEAM          MS. LAURA VAUGHAN
    702 SW 8TH STREET
    BENTONVILLE AR 72716-8095

                                              CHECKED BY

---

TYPE OF REPRESENTATION:  Statutory            APR 1 8 2002

*We enclose the following documents which were served upon:*     SYSTEMS
                    Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company
*as registered agent in   Texas          for*
                    WAL-MART STORES, INC. (ID#:  1868285)
*Documents were served on  17-APR-02     via Certified Mail*       ID#:  70000520001700904207

---

Title of Action: CRUZ MARIO TREVINO ET AL                    Case #: 2002-04-001435-B
           vs.  WAL-MART STORES INC
        Court: 138TH DISTRICT COURT CAMERON COUNTY TX
Nature of Case: Personal Injury

---

  X   Summons              _____ Notice of Mechanic's Lien       _____ A self-addressed stamped
  X   Complaint            _____ Notice of Attorney's Lien              envelope enclosed
_____ Garnishment          _____ Notice of Default Judgment      _____ Duplicate copies of the Notice
_____ Subpoena                                                         and Acknowledgement enclosed

_____ Other:

---

 Answer Due: MONDAY NEXT FOLLOWING 20 DAYS AFTER SERVICE
Documents Sent: Federal Express              ID#:
   Call Placed: No call placed               Spoke to:  N/A
     Comments: N/A

---

Attorney for Claimant:
    RICHARD NUNEZ
    144 E PRICE RD
    BROWNSVILLE TX 78521

    956-541-8502

---

Form Prepared By:  Margaret Leak
*Please acknowledge receipt of this notice and the enclosures by signing and returning this acknowledgement copy. A business reply envelope is enclosed for your convenience.*

DATE RECEIVED:_____    CLIENT SIGNATURE:_____
                    Acknowledgement Copy - to be returned to the address above

The information on this transmittal is provided for use in forwarding the attached documents. This information does not constitute a legal opinion as to the facts or details of this action. These should be obtained from the documents themselves. The receiver of this transmittal is responsible for interpreting the documents and for taking appropriate action. If you have received only a copy of the transmittal, you should be aware that the documents have been sent to the original addressee. You should contact that addressee for details or interpretations of the content of those documents.

EXHIBIT "B"

Citation for Personal Service  - BY CERTIFIED MAIL    Lit. Seq. # 5.003.01

No. 2002-04-001435-B

T H E   S T A T E   O F   T E X A S



NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: **WAL-MART STORES, INC.**
    SERVING REGISTERED AGENT
    CORPORATION SERVICE COMPANY
    800 BRAZOS
    AUSTIN, TEXAS 78701

the _____ DEFENDANT _____, GREETING:

    You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said _____ PETITION _____ was filed on _APRIL 08, 2002_ .  A copy of same accompanies this citation.

The file number of said suit being No. 2002-04-001435-B.

The style of the case is:

CRUZ MARIO TREVINO AND NORMA ALICIA RODRIGUEZ, INC
VS.
WAL-MART STORES, INC.

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE | CERTIFICATE OF DELIVERY OF MAIL |
|---|---|

**ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE**

Rule 106 (a)(2):  The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation.

Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court.

CERTIFICATE OF DELIVERY OF MAIL

I hereby certify that on the _9th_ of

_APRIL_ _2002_,  I mailed to

WAL-MART STORES, INC.

by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO.  1700904207

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| **CRUZ MARIO TREVINO and NORMA** | § | |
| **ALICIA RODRIGUEZ, INDIVIDUALLY** | § | |
| **AND AS NEXT FRIENDS OF** | § | **B-02-099** |
| **RAFAEL ASBEURI, A MINOR** | § | CIVIL ACTION NO._____ |
| **Plaintiffs** | § | |
|  | § | |
| **VS.** | § | |
|  | § | |
| **WAL-MART STORES, INC.,** | § | |
| **Defendant** | § | |

## NOTICE TO ADVERSE PARTY OF FILING OF NOTICE OF REMOVAL

TO:  Plaintiffs, Cruz Mario Trevino and Norma Alicia Rodriguez, Individually And As Next
Friends of Rafael Asbeuri, a Minor, by and through their attorney:

Mr. Richard J. W. Nunez
**Law Offices of Richard J. W. Nunez,**
144 E. Price Road
Brownsville, Texas   78521

PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the

United States District Court for the Southern District of Texas, Brownsville Division, on May

3, 2002.

A copy of the said Notice of Removal is attached to this Notice and is served and

filed herewith.

DATED: May 8, 2002.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/428-4544 Telephone
956/428-4880 Facsimile

Jaime A. Drabek
State Bar No. 06102410
Fed. Id. No. 8643
Counsel for Defendant

## CERTIFICATE OF SERVICE

I, hereby certify that on these the _____ 8th _____ day of May, 2002, a true and correct copy of the foregoing instrument was sent to all counsel of record by Facsimile, Certified Mail, Return Receipt Requested and/or hand delivery, to wit:

Mr. Richard J. W. Nunez
Law Offices of Richard J. W. Nunez
144 E. Price Road
Brownsville, Texas   78521

Jaime A. Drabek

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **CRUZ MARIO TREVINO and NORMA** | § | |
| **ALICIA RODRIGUEZ, INDIVIDUALLY** | § | |
| **AND AS NEXT FRIENDS OF** | § | |
| **RAFAEL ASBEURI, A MINOR** | § | **CIVIL ACTION NO._____** |
| **Plaintiffs** | § | **(DIVERSITY)** |
| | § | |
| **VS.** | § | |
| | § | |
| **WAL-MART STORES, INC.,** | § | |
| **Defendant** | § | |

### NOTICE OF REMOVAL OF ACTION UNDER
### 28 U.S.C. § 1441(B) (DIVERSITY)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Wal-Mart Stores, Inc. hereby removes to this Court the state court action described below.

1.    On April 8, 2002, an action was commenced in the 138th Judicial District Court of the State of Texas in and for the County of Cameron, entitled, Cruz Mario Trevino and Norma Alicia Rodriguez, Individually And As Next Friends of Rafael Asbeuri, a Minor vs. Wal-Mart Stores, Inc., Defendant, as Cause Number 2002-04-1435-B, *a copy which is attached hereto attached as Exhibit "A"*.

2.    The first date upon which Defendant received a copy of the said complaint was April 18, 2002, when Defendant was served with a copy of the said complaint and a summons from the said State Court. A copy of the summons is *attached hereto as Exhibit "B"*. The following constitutes all of the process, pleadings, and orders served upon Plaintiffs and Defendant in this action.

1.    Plaintiff's Original Petition;

2.    Copy of Return Citation of Defendant Wal-Mart Stores, Inc.; and.

3.    Copy of State District Court Docket Sheet.

3.    This action is a civil action of which these Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to these Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action wherein the matter in controversy exceeds the sum of $50,000.00, exclusive of interest and costs, and is between citizens of different states.

4.    Defendant is informed and believes that Plaintiffs Cruz Mario Trevino and Norma Alicia Rodriguez, Individually And As Next Friends of Rafael Asbeuri, a Minor were and still are citizen(s) of the State of Texas. Defendant Wal-Mart Stores, Inc. was, at the time of the filing of these action, and still is, a corporation incorporated under the laws of the State of Delaware, having its principal place of business in the State of Arkansas, and is the only Defendant that has been served summons and complaint in these action.

DATED:   May 8, 2002.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/428-4544 Telephone
956/428-4880 Facsimile

Jaime A. Drabek
State Bar No. 06102410
Fed. Id. No. 8643
Counsel for Defendant

## CERTIFICATE OF SERVICE

I, hereby certify that on these the _____8th_____ day of May, 2002, a true and correct copy of the foregoing instrument was sent to all counsel of record by Facsimile, Certified Mail, Return Receipt Requested and/or hand delivery, to wit:

Mr. Richard J. W. Nunez
Law Offices of Richard J. W. Nunez
144 E. Price Road
Brownsville, Texas   78521

Jaime A. Drabek

## INDEX OF DOCUMENTS
## FILED WITH REMOVAL ACTION

A.    Plaintiff's Original Petition

B.    Copy of Return Citation of Defendant Wal-Mart Stores, Inc.

C.    Copy of State District Court Docket Sheet

## LIST OF ATTORNEYS/PARTIES

1.    Attorney for the Plaintiffs:

Mr. Richard J. W. Nunez
**Law Offices of Richard J. W. Nunez**
144 E. Price Road
Brownsville, Texas   78521
State Bar No. 15134600
(956) 541-8502
(956) 541-8623


2.    Attorney for the Defendant:
Mr. Jaime A. Drabek
**Drabek & Associates**
1720 E. Harrison, Suite B
Harlingen, Texas   78550
State Bar No. 06102410
Federal I.D.# 8643
(956) 428-4544 Telephone
(956) 428-4880 Facsimile

**AFFIDAVIT**

THE STATE OF TEXAS    §

COUNTY OF CAMERON   §

    **BEFORE ME**, the undersigned authority, on this day personally appeared JAIME A. DRABEK of Harlingen, Cameron County, Texas, who being by me duly sworn, deposes and says that he is an attorney for Defendant in the present cause filed by Cruz Mario Trevino and Norma Alicia Rodriguez, Individually And As Next Friends of Rafael Asbeuri, a Minor; that she has been authorized to make this Affidavit; and that he has read the foregoing Notice of Removal and knows the contents thereof, and that the matters and facts therein contained are true and correct.

    FURTHER AFFIANT SAYETH NOT.

_____
JAIME A. DRABEK, AFFIANT

**SWORN TO AND SUBSCRIBED** before me on this the __3rd__ day of May, 2002.



_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

CAUSE NO. 2002-04-1435-B

| | | |
|---|---|---|
| CRUZ MARIO TREVINO and | § | IN THE DISTRICT COURT |
| NORMA ALICIA RODRIGUEZ, | § | |
| INDIVIDUALLY AND AS NEXT | § | |
| FRIENDS OF RAFAEL ASBEURI, | § | |
| A MINOR | § | 138TH JUDICIAL DISTRICT |
| | § | |
| vs. | § | |
| | § | |
| WAL-MART STORES, INC., | § | CAMERON COUNTY, TEXAS |

## NOTICE TO THE DISTRICT CLERK
## OF FILING OF NOTICE OF REMOVAL

TO:    Honorable Aurora De La Garza
       Cameron County District Clerk
       Cameron County Courthouse

YOU WILL PLEASE TAKE NOTICE that Defendant WAL-MART STORES, INC.

has filed in the United States District Court for the Southern District of Texas, Brownsville

Division, a Notice of Removal of the cause styled Cruz Mario Trevino and Norma Alicia

Rodriguez Individuallyu And As Next Friends of Rafael Asbeuri, a Minor v. Wal-Mart

Stores, Inc., originally filed in the 138th Judicial District Court of Cameron County, Texas,

Cause No. 2002-04-1435-B to the United States District Court for the Southern District of

Texas, Brownsville Division, and that a true and correct copy of said Notice of Removal is

being filed with the Clerk of the 138th Judicial District to thereby effect a removal to said

District Court of the United States, and that the State Court shall proceed no further, unless

the cause is remanded.  A copy of said Notice of  Removal is attached to this Notice.

WITNESS the signature of Defendant, through its attorney, on this _8th_ day of

May, 2002.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/428-4544 Telephone
956/428-4880 Facsimile

JAIME A. DRABEK
Fed. I.D. No. 8643
State Bar No. 06102410
Counsel for Defendant

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record by certified mail, return receipt requested, on this the ___8th___ day of May, 2002, to-wit:

Mr. Richard J.W. Nunez
Law Office of Richard J. W. Nunez
144 E. Price Road
Brownsville, Texas   78521

Jaime A. Drabek

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CRUZ MARIO TREVINO and NORMA | § | |
| ALICIA RODRIGUEZ, INDIVIDUALLY | § | |
| AND AS NEXT FRIENDS OF | § | |
| RAFAEL ASBEURI, A MINOR | § | CIVIL ACTION NO._____ |
| **Plaintiffs** | § | (DIVERSITY) |
| | § | |
| **VS.** | § | |
| | § | |
| WAL-MART STORES, INC., | § | |
| **Defendant** | § | |

NOTICE OF REMOVAL OF ACTION UNDER
28 U.S.C. § 1441(B) (DIVERSITY)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Wal-Mart Stores, Inc. hereby removes to this Court the state court action described below.

1.    On April 8, 2002, an action was commenced in the 138th Judicial District Court of the State of Texas in and for the County of Cameron, entitled, *Cruz Mario Trevino and Norma Alicia Rodriguez, Individually And As Next Friends of Rafael Asbeuri, a Minor vs. Wal-Mart Stores, Inc.,* Defendant, as Cause Number 2002-04-1435-B, *a copy which is attached hereto attached as Exhibit "A".*

2.    The first date upon which Defendant received a copy of the said complaint was April 18, 2002, when Defendant was served with a copy of the said complaint and a summons from the said State Court.  A copy of the summons is *attached hereto as Exhibit "B".* The following constitutes all of the process, pleadings, and orders served upon Plaintiffs and Defendant in this action.

1.    Plaintiff's Original Petition;

2.    Copy of Return Citation of Defendant Wal-Mart Stores, Inc.; and.

3.    Copy of State District Court Docket Sheet.

3.    This action is a civil action of which these Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to these Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action wherein the matter in controversy exceeds the sum of $50,000.00, exclusive of interest and costs, and is between citizens of different states.

4.    Defendant is informed and believes that Plaintiffs Cruz Mario Trevino and Norma Alicia Rodriguez, Individually And As Next Friends of Rafael Asbeuri, a Minor were and still are citizen(s) of the State of Texas.  Defendant Wal-Mart Stores, Inc. was, at the time of the filing of these action, and still is, a corporation incorporated under the laws of the State of Delaware, having its principal place of business in the State of Arkansas, and is the only Defendant that has been served summons and complaint in these action.

DATED:   May 8, 2002.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/428-4544 Telephone
956/428-4880 Facsimile

Jaime A. Drabek
State Bar No. 06102410
Fed. Id. No. 8643
Counsel for Defendant

## CERTIFICATE OF SERVICE

I, hereby certify that on these the _____8th_____ day of May, 2002, a true and correct copy of the foregoing instrument was sent to all counsel of record by Facsimile, Certified Mail, Return Receipt Requested and/or hand delivery, to wit:

Mr. Richard J. W. Nunez
Law Offices of Richard J. W. Nunez
144 E. Price Road
Brownsville, Texas   78521

Jaime A. Drabek

**INDEX OF DOCUMENTS**
**FILED WITH REMOVAL ACTION**

A.    Plaintiff's Original Petition

B.    Copy of Return Citation of Defendant Wal-Mart Stores, Inc.

C.    Copy of State District Court Docket Sheet

## LIST OF ATTORNEYS/PARTIES

1.    Attorney for the Plaintiffs:

Mr. Richard J. W. Nunez
**Law Offices of Richard J. W. Nunez**
144 E. Price Road
Brownsville, Texas   78521
State Bar No. 15134600
(956) 541-8502
(956) 541-8623

2.    Attorney for the Defendant:
Mr. Jaime A. Drabek
**Drabek & Associates**
1720 E. Harrison, Suite B
Harlingen, Texas   78550
State Bar No. 06102410
Federal I.D.# 8643
(956) 428-4544 Telephone
(956) 428-4880 Facsimile

## **AFFIDAVIT**

THE STATE OF TEXAS    §

COUNTY OF CAMERON    §

　　**BEFORE ME**, the undersigned authority, on this day personally appeared JAIME

A. DRABEK of Harlingen, Cameron County, Texas, who being by me duly sworn, deposes

and says that he is an attorney for Defendant in the present cause filed by Cruz Mario

Trevino and Norma Alicia Rodriguez, Individually And As Next Friends of Rafael Asbeuri,

a Minor; that she has been authorized to make this Affidavit; and that he has read the

foregoing Notice of Removal and knows the contents thereof, and that the matters and

facts therein contained are true and correct.

　　FURTHER AFFIANT SAYETH NOT.

_____
JAIME A. DRABEK, AFFIANT

**SWORN TO AND SUBSCRIBED** before me on this the ___3rd___ day of May, 2002.



_____
NOTARY PUBLIC IN AND FOR
THE STATE OF T E X A S