UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 13 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CRUZ MARIO TREVINO and NORMA ALICIA RODRIGUEZ, INDIVIDUALLY AND AS NEXT FRIENDS OF RAFAEL ASBEURI, A MINOR<br>Plaintiffs | § § § § § § | CIVIL ACTION NO. B-02-099<br>(DIVERSITY) |
| VS. | § § | |
| WAL-MART STORES, INC.,<br>Defendant | § § § | |

## JURY DEMAND

Defendant WAL-MART STORES, INC., hereby demands trial by jury in this action.

DATED: May 8, 2002.

Respectfully submitted,

DRABEK & ASSOCIATES
1720 E. Harrison, Suite B
Harlingen, Texas 78550
210/428-4544 Telephone
210/428-4880 Facsimile

*[signature]*

JAIME A. DRABEK
Fed. I.D. No. 8643
State Bar No. 06102410
Counsel for Defendant

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record by certified mail, return receipt requested, on this the _____8th_____ day of May, 2002, to-wit:

Mr. Richard J. W. Nunez
**Law Offices of Richard J. W. Nunez**
144 E. Price Road
Brownsville, Texas  78521

_____
Jaime A. Drabek