UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 9 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CRUZ MARIO TREVINO and NORMA ALICIA RODRIGUEZ, INDIVIDUALLY AND AS NEXT FRIENDS OF RAFAEL ASBEURI, A MINOR<br>Plaintiffs<br><br>VS.<br><br>WAL-MART STORES, INC.,<br>Defendant | §§§§§§§§§§ CIVIL ACTION NO. B-02-CV-099 |

## CERTIFICATE OF FINANCIAL INTEREST

TO THE HONORABLE JUDGE OF SAID COURT:

1. Plaintiffs:

   Cruz Mario Trevino and Norma Alicia Rodriguez, Individually And as Next

   Friends of Rafael Asbeuri, a Minor

2. Defendant:

   Wal-Mart Stores, Inc.

Dated: September 6, 2002.

Respectfully submitted,

DRABEK & ASSOCIATES
1720 E. Harrison, Suite B
Harlingen, Texas 78550
210/428-4544 Telephone
210/428-4880 Facsimile

JAIME A. DRABEK
Fed. I.D. No. 8643
State Bar No. 06102410
Counsel for Defendant

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record by certified mail, return receipt requested, on this the 9th day of September, 2002, to-wit:

Mr. Richard J. W. Nunez                                                 **Via Regular Mail**
Attorney at Law
144 E. Price Road
Brownsville, Texas 78521

_____
Jaime A. Drabek

| | |
|---|---|
| THE STATE OF TEXAS | § § § |
| COUNTY OF CAMERON | |

COMES NOW, **Jaime A. Drabek**, attorney of record for the Defendant, **Wal-Mart Stores, Inc.** in the above entitled and numbered cause, who, under oath, states that the persons and entities contained in the above Certificate of Financial Interest is to his knowledge at this time the only financially interested persons.

_____
Jaime A. Drabek

SWORN AND SUBSCRIBED TO BEFORE ME on this the ___9th___ day of September, 2002, to certify which, witness my hand and seal of office.

ROSALYN MARTINEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 08/20/2003

_____
Notary Public, State of Texas
My Commission Expires: __8/20/2003__