UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CRUZ MARIO TREVINO and NORMA ALICIA RODRIGUEZ, INDIVIDUALLY AND AS NEXT FRIENDS OF RAFAEL ASBEURI, A MINOR | § § § § | |
| Plaintiffs | § | CIVIL ACTION NO. B-02-CV-099 |
| | § | |
| VS. | § § | |
| WAL-MART STORES, INC., | § | |
| Defendant | § | |

### DEFENDANT'S RULE 26 (a) DISCLOSURES

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, WAL-MART STORES, INC., Defendant in the above-referenced action, makes the following disclosures concerning the identity of fact witnesses, insurance documentation which may satisfy part or all of a judgment entered in this cause of action, and the production of non-privileged documents.

(1) **Initial Disclosures:**

    (A) the name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information:

        CRUZ MARIO TREVINO - Plaintiff
        3154 Leopard Street
        Brownsville, Texas 78521

        NORMA ALICIA RODRIGUEZ - Plaintiff
        3154 Leopard Street
        Brownsville, Texas 78521

        RAFAEL ASBEURI - Minor Plaintiff
        3154 Leopard Street
        Brownsville, Texas 78521

RAYMOND MUSQUE CORTEZ - Sporting Goods Manager
Wal-Mart Store #1000
2721 Boca Chica Blvd.
Brownsville, Texas 78521
956/ 544-0394

Defendant will supplement in accordance with FRCP and/or in the sequence directed the court.

(B) **a copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody or control of the party that are relevant to disputed facts alleged with particularity in the pleadings;**

Defendant discloses that discovery is premature and it does not have sufficient information at this time to determine which documents and/or items are relevant to disputed facts alleged with particularity in the pleadings. Defendant will supplement in accordance with FRCP and/or in the sequence directed the court.

(C) **a computation of any category or damages claimed by the disclosing party, making available for inspection and copying under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and**

None.

(D) **for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in th action or to indemnify or reimburse for payments made to satisfy the judgment.**

See copy of declaration sheet attached hereto.

(2) **Disclosure of Expert Testimony:**

Defendant discloses that discovery is premature and it does not have sufficient information at this time to determine whether an expert will be retained. Defendant will supplement in accordance with FRCP and/or in the sequence directed the court.

(3) **Pre-trial Disclosures:**

(A) Defendant discloses that discovery is premature and it does not have sufficient information to identify whether the witnesses listed above will be brought forth by way of deposition. Defendant will supplement in accordance with FRCP and/or in

the sequence directed the court.

(B)   Defendant discloses that discovery is premature and it does not have sufficient information to identify the documents it expects to offer. Defendant will supplement in accordance with FRCP and/or in the sequence directed the court.

Wal-Mart has not produced those documents reflecting communications between the Wal-Mart Legal Team and the store which reflect and/or contain information which is privileged under the attorney-client privilege and/or those documents protected from disclosures pursuant to the attorney work-product doctrine.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 East Harrison, Suite B
Harlingen, Texas 78550
Telephone: 956/ 428-4544
Facsimile: 956/ 428-4880

_____
Jaime A. Drabek
SBOT 06102410
Federal I.D. No. 8643
Attorneys for Defendant, Wal-Mart Stores, Inc.

### CERTIFICATE OF SERVICE

I, hereby certify that on this the 9th day of September, 2002, a true and correct copy of the foregoing document was sent to all counsel of record by Facsimile, Certified Mail, Return Receipt Requested and/or hand delivery.

_____
Jaime A. Drabek