UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CRUZ MARIO TREVINO and NORMA ALICIA RODRIGUEZ, INDIVIDUALLY AND AS NEXT FRIENDS OF RAFAEL ASBEURI, A MINOR | § § § § | |
| Plaintiffs | § § | CIVIL ACTION NO. __B-02-CV-099__ |
| VS. | § § | |
| WAL-MART STORES, INC., | § § | |
| Defendant | § | |

JOINT DISCOVERY/CASE MANAGEMENT PLAN
UNDER RULE 26(F)
FEDERAL RULES OF CIVIL PROCEDURE

TO THE HONORABLE JUDGE OF SAID COURT:

1.  **State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.**

    September 9, 2002    -    Brownsville, Texas

    Jaime A. Drabek for Defendant Wal-Mart Stores, Inc.

    Mr. Richard J. W. Nunez for Plaintiffs, Cruz Mario Trevino and Norma Alicia Rodriguez, Individually And As Next Friends of Rafael Asbeuri, a Minor

2.  **List the cases related to this one that are pending in any state or federal court with the case number and court.**

    None.

3.  **Briefly describe what this case is about.**

    This case involves the unauthorized selling of a gun to minor. Plaintiffs are claiming that on or about December 23, 2000, minor Plaintiff, Rafael Asbeuri, then fifteen (15) years of

age went to the Wal-Mart store. While at the store, minor Plaintiff, without the knowledge of consent of his parents or an authorized adult, purchased a .38 caliber air rifle. Plaintiffs claim that the store, in an effort to evade its own safety policies and procedures, as well as state and federal laws, conspired with the minor Plaintiff and agreed to accept the minor Plaintiff's school identification card in lieu of a driver's license to complete the purchase of the weapon. Thereafter, on or about January 14, 2001, minor Plaintiff, using the rifle clandestinely seriously injured himself.

4. **Specify the allegation of federal jurisdiction.**

   Diversity Jurisdiction.

5. **Name the parties who disagree and the reasons.**

   Plaintiffs -   Cruz Mario Trevino and Norma Alicia Rodriguez, Individually And As Next Friends of Rafael Asbeuri, a Minor

   Defendant -   Wal-Mart Stores, Inc.

6. **List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.**

   None at this time.

7. **List anticipated interventions.**

   None at this time.

8. **Describe class-action issues.**

   None.

9. **State whether each party represents that it has made the initial disclosures required by Rule 26a. If not, describe the arrangements that have been made to complete the disclosures.**

   No. No later than October 9, 2002.

10. **Describe the proposed agreed discovery plan, including:**

   A. **Responses to all the matters raised in Rule 26(f).**

   October 9, 2002

   B. **When and to whom the plaintiff anticipates it may send interrogatories.**

   Wal-Mart             On or before November 9, 2002

   C. **When and to whom the defendant anticipates it may send interrogatories.**

   | | |
   |---|---|
   | Plaintiff, Cruz Mario Trevino | On or before November 9, 2002. |
   | Plaintiff, Norma Alicia Rodriguez | On or before November 9, 2002. |
   | Plaintiffs, Cruz Mario Trevino and Norma Alicia Rodriguez, As Next Friends of Rafael Asbeuri, A Minor | On or before November 9, 2002. |

   D. **Of whom and by when the plaintiff anticipates taking oral depositions.**

   Raymond Musque Cortez        On or before December 9, 2002

   E. **Of whom and by when the defendant anticipates taking oral depositions.**

   | | |
   |---|---|
   | Plaintiff, Cruz Mario Trevino | On or before December 9, 2002 |
   | Plaintiff, Norma Alicia Rodriguez | On or before December 9, 2002 |
   | Minor Plaintiff, Rafael Asbeuri | On or before December 9, 2002 |

   F. **When the Plaintiff (or the party with the burden of proof on an issue will be able to designate experts and provide the reports required by Rule 26(s)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.**

   | | |
   |---|---|
   | Plaintiff/ Designate Experts & Reports | On or before January 31, 2003 |
   | Defendant/ Designate Experts & Reports | On or before February 28, 2003 |

   G. **List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(b) (expert report).**

   Defendant's experts           On or before March 20, 2003

  H. List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

  Plaintiff's experts        On or before March 20, 2003

11. **If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**

Not applicable.

12. **Specify the discovery beyond initial disclosures that has been undertaken to date.**

None.

13. **Specify the date the planned discovery can reasonably be completed.**

On or before May 30, 2003.

14. **Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.**

None at this time.

15. **Describe what each party has done or agreed to do to bring about a prompt resolution.**

Exchange information as to cause and medical.

16. **From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.**

Mediation. On or before March 28, 2003.

17. **Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.**

Plaintiffs want a jury.

18. State whether a jury demand has bee made and if it was made on time.

    Yes.

19. Specify the number of hours it will take to present the evidence in this case.

    No more than 24 hours.

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    None.

21. List other motions pending.

    None.

22. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

    None at this time.

23. Certify that all parties have filed Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

    A Certificate of Financial Interest was filed on September 9, 2002.

24. List the names, bar numbers, addresses and telephone numbers of all counsel.

    Defendant Wal-Mart Stores, Inc.:

    Jaime A. Drabek
    Drabek & Associates
    1720 E. Harrison, Suite B
    Harlingen, Texas   78550
    (956) 428-4544
    (956) 428-4880 (fax)

State Bar of Texas No.: 06102410
Federal ID No. 8643


<u>Plaintiffs, Cruz Mario Trevino and Norma Alicia Rodriguez, Individually And As Next Friends of Rafael Asbeuri, a Minor:</u>

Mr. Richard J. W. Nunez
144 E. Price Road
Brownsville, Texas   78521
Telephone: 956/ 541-8502
Facsimile:   956/ 541-8623
State Bar of Texas No. 15134600
Federal I.D. No.  1049


_____          September 10, 2002
Richard J. W. Nunez                       Date
Counsel for Plaintiffs

_____          September 9, 2002
Jaime A. Drabek                           Date
Counsel for Defendant