UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 0 2002

Michael N. Milby
Clerk of Court

CRUZ MARIO TREVINO AND NORMA
ALICIA RODRIGUEZ, INDIVIDUALLY
AND AS NEXT FRIENDS OF
RAFAEL ASBEURI, A MINOR

CIVIL ACTION NO. B-02-CV-099

V.S..

WAL-MART STORES, INC.

### PLAINTIFFS' RULE 26(a) DISCLOSURES

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, CRUZ MARIO TREVINO and NORMA ALICIA RODRIGUEZ, INDIVIDUALLY AND AS NEXT FRIEND OF RAFAEL ASBEURI, A MINOR, Plaintiffs in the above-referenced action, make the following disclosures concerning the identity of fact witnesses, insurance documentation which may satisfy part or all of a judgment entered in this cause of action, and the production of non-privileged documents.

(1)   Initial Disclosures:

    (A)   the name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information:

        CRUZ MARIO TREVINO - Plaintiff
        3154 Leopard Street
        Brownsville, Texas 78521
        956/504-3058

        NORMA ALICIA RODRIGUEZ - Plaintiff
        3154 Leopard Street
        Brownsville, Texas 78521
        956/504-3058

        RAFAEL ASBEURI - Minor Plaintiff
        3154 Leopard Street
        Brownsville, Texas 78521
        956/504-3058

       RAYMOND MUSQUE CORTEZ - Sporting Goods Manager
       Wal-Mart Store #1000
       2721 Boca Chica Blvd.
       Brownsville, Texas 78521

       Plaintiffs will supplement in accordance with FRCP and/or the sequence directed in court.

   (B)   a copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody or control of the party that are relevant to disputed facts alleged with particularity in the pleadings;

       Plaintiffs disclose that discovery is premature and it does not have sufficient information at this time to determine which documents and/or items are relevant to disputed facts alleged with particularity in the pleadings. Plaintiffs will supplement in accordance with FRCP and/or in the sequence directed the court.

   ( C )   a computation of any category or damages claimed by the disclosing party, making available for inspection and copying under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and

       None.

   (D)   for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments suffered; and

       See copy of declaration sheet attached hereto.

(2) Disclosure of Expert Testimony:

Plaintiffs disclose that discovery is premature and it does not have sufficient information at this time to determine whether an expert will be retained. Plaintiffs will supplement in accordance with FRCP and/or in the sequence directed the court.

(3) Pre-trial Disclosures:

   (A)   Plaintiffs disclose that discovery is premature and it does not have sufficient information to identify whether the witnesses listed above will be brought forth by way of deposition. Plaintiffs will supplement in accordance with FRCP and/or in the subsequence.

(B) Plaintiffs disclose that discovery is premature and it does not have sufficient information to identify the documents it expects to offer. Plaintiffs will supplement in accordance with FRCP and/or in the sequence direct the court.

        Respectfully submitted,

        LAW OFFICES OF
        RICHARD J. W. NUNEZ, L.L.P.C.
        144 E. Price Rd.
        Brownsville, Texas 78521
        956/541-8502 (Tel)
        956/541-8623 (Fax)

        _____
        Richard J. W. Nunez
        SBOT 15134600
        Fed. I.D. No. 1049

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of September, 2002, a true and correct copy of the foregoing document was sent to all counsel of record by Facsimile, Certified Mail Return Receipt Requested and/or hand delivery.

        _____
        Richard J. W. Nunez