*10*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 0 2002

Michael N. Milby
Clerk of Court

CRUZ MARIO TREVINO AND NORMA
ALICIA RODRIGUEZ, INDIVIDUALLY
AND AS NEXT FRIENDS OF
RAFAEL ASBEURI, A MINOR

CIVIL ACTION NO. B-02-CV-099

V.S..

WAL-MART STORES, INC.

### CERTIFICATE OF FINANCIAL INTEREST

TO THE HONORABLE JUDGE OF SAID COURT:

1.  Plaintiffs:

    Cruz Mario Trevino and Norma Alicia Rodriguez, Individually And as Next Friends of Rafael Asbeuri, a Minor

2.  Defendant:

    Wal-Mart Stores, Inc.

Dated: September 10, 2002.

Respectfully submitted,

LAW OFFICES OF
RICHARD J. W. NUNEZ, L.L.P.C.
144 E. Price Rd.
Brownsville, Texas 78521
956/541-8502 (Tel)
956/541-8623 (Fax)

_____
Richard J. W. Nunez
SBOT 15134600
Fed. I.D. No. 1049

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of September, 2002, a true and correct copy of the foregoing document was sent to all counsel of record by Facsimile, Certified Mail Return Receipt Requested and/or hand delivery.

_____
Richard J. W. Nuñez

STATE OF TEXAS

COUNTY OF CAMERON

COMES NOW, Richard J. W. Nunez, attorney of record for the Plaintiffs, Cruz Mario Trevino and Norma Alicia Rodriguez, Individually and as Next Friends of Rafael Asbeuri, A Minor, in the above entitled and numbered cause, who, under oath, state that the persons and entities contained in the above Certificate of Financial Interest is to his knowledge at this time the only financially interested persons.

_____
Richard J. W. Nunez

SWORN AND SUBSCRIBED TO BEFORE ME on this the __10__ day of September, 2002, to certify which, witness my hand and seal of office.

GUADALUPE I. MORAN
MY COMMISSION EXPIRES
January 12, 2004

_____
Notary Public -- State of Texas

My Commission Expires: _1-13-04_