THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

SEP 1 1 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-02-099 | DATE & TIME: 09-11-02 AT 2:00 P.M. |
| CRUZ MARIO TREVINO, ET AL. | PLAINTIFF(S)  RICHARD NUNEZ<br>COUNSEL |
| VS. | |
| WAL-MART STORES, INC. | DEFENDANT(S)  JAIME DRABEK<br>COUNSEL |

---

Attorneys Richard Nunez and Jaime Drabek appeared in chambers.

Scheduling order will be sent to all parties.