IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 1 2 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CRUZ MARIO TREVINO AND NORMA ALICIA RODRIGUEZ, INDIVIDUALLY AND AS NEXT FRIENDS OF RAFAEL ASBEURI, A MINOR | § § § § § | |
| VS. | § | CIVIL ACTION NO. B-02-099 |
| WAL-MART STORES, INC. | § § § | |

### ORDER

On this day came on to be considered the **initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **June 25, 2003.** If additional time is required, a motion requesting such extension must be filed no later than **June 11, 2003.** Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **July 9, 2003.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) A final pretrial and settlement conference is set for **July 16, 2003 at 1:30 P.M.** before Magistrate Judge John Wm. Black.

(5) Final Pretrial is set for **July 31, 2003 at 8:30 A.M.** before Judge Andrew S. Hanen. Jury selection is set for **August 1, 2003 at 9:00 P.M.** before Judge Andrew S. Hanen.

(6) Trial on the merits is set for **August, 2003,** docket call.

DONE at Brownsville, Texas, on this 11th day of September, 2002.

                                                    John Wm. Black
                                                    United States Magistrate Judge