

# —THE LAW FIRM OF—
# RABEK & ASSOCIATES

**Rio Grande Valley Office**

1720 E. Harrison, Ste. B
Harlingen, Texas 78550
956/ 428-4544
956/ 428-4880
Email: drabek.associates@sbcglobal.net

Jaime A. Drabek, P.C.
*Attorney at Law*

Shirley Gray
*Of Counsel*

Eva Longoria
Rosalyn Martinez
*Legal Assistants*

January 29, 2003

Mr. Richard J.W. Nunez
Attorney At Law
144 E. Price Rd.
Brownsville, Texas 78521

**Via Facsimile: 956/ 541-8623**

Re: *CIVIL ACTION NO. B-02-CV-099; Cruz Mario Trevino and Norma Alicia Rodriguez, Individually And As Next Friends of Rafael Asbeuri, a Minor v. Wal-Mart Stores, Inc., In the United States District Court, Southern District of Texas, Brownsville Division.*

## RULE 29 AGREEMENT

Dear Mr. Nunez:

This letter will serve to confirm the conversation between my legal assistant, Rosalyn Martinez and your legal assistant, Lupita, in which you granted Wal-Mart Stores, Inc. an extension to respond to Plaintiffs' First Set of Interrogatories and Requests for Production. Our answers were initially due on Wednesday, January 29, 2003. The extension was granted to Wednesday, February 13, 2003.

If this accurately reflects our initial agreement, please affix your signature below and return to me via fax transmittal so that we may file it with the Court.

Thank you so much for your courtesies in this regard.

Very truly yours,

Jaime A. Drabek

JAD/rm

Agreed to Rule 29 Agreement (February 13, 2003)

_____
RICHARD J.W. NUNEZ