15

United States District Court
Southern District of Texas
ENTERED

JUN 2 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States Dis...
Southern Dis...
Fil...

JUN 2 5 2003

Michael N. Milby
Clerk of Court

### ORDER

| | | |
|---|---|---|
| CRUZ MARIO TREVINO, INDIVIDUALLY | § | |
| AND AS NEXT FRIENDS OF RAFAEL | § | |
| ASBEURI, A MINOR AND NORMA | § | |
| ALICIA RODRIGUEZ, INDIVIDUALLY | § | |
| AND AS NEXT FRIENDS OF RAFAEL | § | |
| ASBEURI, A MINOR | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-099 |
| | § | |
| WAL-MART STORES, INC. | § | |

TYPE OF CASE:        __X__ CIVIL                          ____ CRIMINAL

TAKE NOTICE that the FINAL SETTLEMENT AND PRETRIAL CONFERENCE set for JULY 16, 2003 at 1:30 P.M. before Magistrate Judge John Wm. Black in this case has been **PASSED.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     JUNE 25, 2003

TO:      MR. RICHARD NUNEZ
         MR. JAIME DRABEK