16

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF RE-SETTING

United States District Court
Southern District of Texas
ENTERED

JUL 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CRUZ MARIO TREVINO, ET AL | § § | |
| VS. | § | CIVIL ACTION NO. B-02-99 |
| WAL-MART STORES, INC. | § § | |

TYPE OF CASE:         __X__ CIVIL                              ____ CRIMINAL


TAKE NOTICE that the proceedings in this case have been re-set as indicated below:

TYPE OF PROCEEDINGS:  **Final Pretrial Conference & Jury Selection**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** <br> **600 E. HARRISON STREET** <br> **BROWNSVILLE, TEXAS** | **THIRD FLOOR COURTROOM, #6** <br> **JUDGE ANDREW S. HANEN** |

| DATE AND TIME PREVIOUSLY SCHEDULED: | RESET TO DATE AND TIME: |
|---|---|
| 7/31/03 @ 8:30 am for Final Pretrial Conference before Judge Hanen | 7/28/03 @ 8:30 am before Judge Vela, 3rd Floor, Courtroom #4 |
| 8/01/03 @ 9:00 am for Jury Selection before Judge Hanen | 7/29/03 @ 9:00 am before Judge Vela, 3rd Floor, Courtroom #4 |

MICHAEL N. MILBY, CLERK

BY: _____
Irma A. Soto, Deputy Clerk

DATE: July 3, 2003

XC: Richard Nunez
    Jaime Drabek