*18*

THE HONORABLE FILEMON B. VELA, U. S. DISTRICT JUDGE

**United States District Court**
**Southern District of Texas**
**FILED**

**FINAL PRETRIAL CONFERENCE**

**JUL 2 8 2003**

CIVIL ACTION NO. **B-02-099**      DATE & TIME **7/28/03 @ 8:30 am,**
                                          **1:48 - 1:50 pm**

**Michael N. Milby**
**Clerk of Court**

COUNSEL:

| | | |
|---|---|---|
| CRUZ MARIO TREVINO, ET AL | § | RICHARD J. NUNEZ |
| VS | § | |
| WAL-MART STORES, INC. | § | JAIME DRABEK |

---

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Bill Holloway
CSO:

---

Case called on the docket. Parties announced present and ready.

Pending Motion in Limine will be taken up at time of trial.  Case set for jury selection on 7/29/03 @ 9:00 am before Judge Vela. ETT: 2-3 days.

Parties return in the afternoon and announced to the Court that they want to mediate case.  Art Nelson has been selected as mediator and mediation is set for 8/13/03 @ 1:30 p.m. Court sets case for a status conference hearing on 8/18/03 @ 9:00 am before Judge Hanen. Final Pretrial/Docket Call is set for 9/4/03 @ 8:30 am before Judge Hanen & Jury Selection is set for 9/5/03 @ 9:00 am before Judge Hanen.

Court is adjourned.