IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CRUZ MARIO TREVINO and NORMA ALICIA RODRIGUEZ, Individually and as Next Friends of RAFAEL ASBEURI, a Minor | § § § § | |
| V. | § | CIVIL ACTION NO. B-02-CV-099 |
| WAL-MART STORES, INC. | § § § | |

### ORDER ON PARTIES' REQUEST FOR MEDIATION AND ORDER RESETTING PRETRIAL, FINAL PRETRIAL AND JURY SELECTION

Come on to be heard on this the 28th day of July, 2003 the parties' request for mediation of the above-styled and captioned cause; and

Whereas the instant cause is presently set for jury selection on July 29, 2003 before the Honorable Judge Andrew S. Hanen;

The Court, after consideration of the agreement of the parties and arguments of counsel for Plaintiff and Defendant, hereby grants the parties' request for mediation and ORDERS mediation to be held, as arranged and agreed by the parties, on August 13, 2003 before Mediator Arturo C. Nelson;

IT IS FURTHER ORDERED that the jury selection presently set for July 29, 2003 be and is hereby continued and this cause is hereby set for status and pretrial hearing to be held before the Honorable Judge Andrew S. Hanen on August 18, 2003 at 8:30 a.m. and further set for final pretrial on September 4, 2003 at 8:30 a.m. and jury selection on September 5, 2003 at 8:30 a.m., before the Honorable Judge Andrew S. Hanen.

Signed this 4th day of August, 2003.

_____
Honorable Andrew S. Hanen
United States District Judge