United States District Co
Southern District of Tex...
**FILED**

AUG 1 8 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

<u>**STATUS CONFERENCE HEARING**</u>

CIVIL ACTION NO. <u>B-02-099</u>    DATE & TIME <u>8/18/03 - 8:56 am - 8:59 am</u>

COUNSEL:

<u>CRUZ TREVINO, ET AL</u>          §    <u>RICHARD NUNEZ</u>

VS                               §

<u>WAL-MART STORES, INC.</u>        §    <u>JAIME DRABEK</u>

---

**Courtroom Deputy:** Irma Soto
**Law Clerk:**        Christian Southwick
**Court Reporter:**   Barbara Barnard
**CSO:**

Case called on the docket.

Richard Nunez appeared for the Plaintiffs.  Jaime Drabek appeared for the Defendant.  Mr. Nunez informs the Court that Plaintiffs wish to move for dismissal.  No objection from the Deft.

Court grants dismissal and instructs Mr. Nunez to submit proper Motion for Dismissal and Order.  Motion for Dismissal is to be signed by all plaintiffs.

Court is adjourned.