United States District Court
Southern District of Texas
FILED

AUG 1 8 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CRUZ MARIO TREVINO and NORMA ALICIA RODRIGUEZ, INDIVIDUALLY AND AS NEXT FRIENDS OF RAFAEL ASBEURI, A MINOR | § § § § | |
| Plaintiffs | § | CIVIL ACTION NO. B-02-CV-099 |
| VS. | § § § | |
| WAL-MART STORES, INC., | § | |
| Defendant | § | |

## DEFENDANT'S MOTION FOR RULE 41(d) CONDITIONS OF VOLUNTARY DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **Wal-Mart Stores, Inc.**, Defendant in the above entitled and numbered cause and files this its Motion for Rule 41(d) Conditions of Voluntary Dismissal and as such, states as follows:

1. This is a personal injury action for which the Court has jurisdiction pursuant to diversity of citizenship and amount in controversy. The case was Removed from the 138th District Court of Cameron County on May 13, 2002. All discovery took place under the auspices of this Honorable Court.

2. At a Status Conference conducted today, August 18, 2003, counsel for the plaintiffs, Mr. Rick Nunez made the surprise announcement that his clients sought dismissal of this action on their own motion. This motion was made orally. The Court ordered Mr. Nunez to prepare a written motion and order of dismissal signed by the minor

(now 18 years old) and his parents. Counsel for the defendant made no objection to this dismissal because there was no representation by plaintiff's counsel that the case would be re-filed in State Court.

3.   Upon leaving the courthouse, plaintiff's counsel made certain statements to counsel for the defense that a new action might be brought in State District Court in Cameron County once the dismissal was granted by the sitting Federal Judge.

4.   The defendant is requesting that should the plaintiff re-file this action based upon or including the same claims, that plaintiff be ordered to pay the costs of the action previously dismissed including costs and attorney's fees. To date, the defendant has spent $10,566.46 in attorney's fees and costs in defending this action. At the Court's request, the defendant can prepare a statement of fees and costs spent to date and a statement of what it will cost the action a second time.

WHEREFORE, the defendant respectfully prays that this Court impose conditions upon the dismissal of this action as stated above and for such other and further relief to which it may show itself just entitled.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 East Harrison, Suite B
Harlingen , Texas 78550
Telephone: 956/ 428-4544
Facsimile: 956/ 428-4880

Jaime A. Drabek
SBOT 06102410
Federal I.D. No. 8643
Attorneys for Defendant, Wal-Mart Stores, Inc.

2

## CERTIFICATE OF SERVICE

I, hereby certify that on this the __18th__ day of August, 2003, a true and correct copy of the foregoing document was sent to all counsel of record by Facsimile, Certified Mail, Return Receipt Requested and/or hand delivery.

Mr. Richard J. W. Nunez  
144 E. Price Rd.  
Brownsville, Texas 78521

**Via Facsimile: 956/ 541-8623**

Jaime A. Drabek