

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CRUZ MARIO TREVINO, NORMA ALICIA RODRIGUEZ AND RAFAEL ASBEURI<br>Plaintiffs, | §<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. B-02-CV-099 |
| WAL-MART STORES, INC.<br>Defendant. | §<br>§<br>§ | |

## PLAINTIFFS' MOTION TO DISMISS
## CAUSE OF ACTION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COME** Plaintiffs CRUZ MARIO TREVINO, NORMA ALICIA RODRIGUEZ and RAFAEL ASBEURI, and now requests in writing what Plaintiffs counsel had previously requested in open court on August 18, 2003; that this Honorable Court dismiss Cause Number B-02-CV-099 for the ground set forth herein.

I.

A.     Plaintiffs request dismissal of Cause Number B-02-CV-099 for the following reason:

1.     Rafael Asbeuri (having turned 18 years of age on August 7, 2003 and therefore no longer a minor), previously represented as a minor herein by his next friends, step-father Cruz Mario Trevino and mother, Norma Alicia Rodriguez, now has assumed control of his claims and desires a dismissal of this action. The decision of Rafael Asbeuri is supported by his step-father and mother, plaintiffs

herein, and this motion is brought by all plaintiffs.

2. Plaintiffs, through their attorney of record, had moved for dismissal of this action in open court on August 18, 2003. Plaintiffs' motion was unopposed. This honorable Court, on the record, advised Plaintiffs' counsel that the claims of the parents of plaintiff Rafael Asbeuri, would be barred by limitations and counsel for Plaintiffs' represented to the Court that it was the belief of Rafael Asbeuri (now an adult but previously a minor represented by his parents in this cause) that he could refile his claim and that limitations was not a bar to him inasmuch as two years had not expired since he became an adult (Plaintiff became an adult by virtue of turning 18 years of age on August 7, 2003).

**WHEREFORE**, Plaintiffs request this Honorable Court to dismiss Cause Number B-02-CV-099, without prejudice, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

**LAW OFFICES OF
RICHARD J. W. NUNEZ, L.L.P.C.**

By:_____
Hon. Richard J. W. Nunez
Texas Bar No. 15134600
144 E. Price Road
Brownsville, Texas 78521
Tel. (956)541-8502
Fax. (956)541-8623
**Attorney for Plaintiffs**

             **CRUZ MARIO TREVINO, NORMA ALICIA RODRIGUEZ and RAFAEL ASBEURI**

**AGREED AND APPROVED:**

*/s/ Rafael Asbeuri*
**RAFAEL ASBEURI**
Date: August 19, 2003

*/s/ Norma Alicia Rodriguez*
**NORMA ALICIA RODRIGUEZ**
Date: August 19, 2003

*/s/ Cruz Mario Trevino*
**CRUZ MARIO TREVINO**
Date: August 19, 2003

**CERTIFICATE OF SERVICE**

I certify that on August 19, 2003 a true and correct copy of Plaintiffs' Motion to Dismiss was served by facsimile transmission on Hon. Jaime Drabek at 956/428-4880.

_____
Hon. Richard J. W. Nunez