```
United States District Court
Southern District of Texas
       FILED
   AUG 2 1 2003
  Michael N. Milby
   Clerk of Court
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CRUZ MARIO TREVINO, NORMA ALICIA RODRIGUEZ AND RAFAEL ASBEURI<br>    Plaintiffs,<br><br>V.<br><br>WAL-MART STORES, INC.<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. B–02-CV-099 |

```
United States District Court
Southern District of Texas
      ENTERED
   AUG 2 2 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk
```

## ORDER DISMISSING CAUSE OF ACTION

On August 21, 2003, the Court considered the Plaintiffs' Motion to Dismiss Cause Number B-02–CV-099 and the arguments of counsel. The Defendant indicated in open Court that it is not opposed to this Motion. After due consideration fo the Motion, the Response thereto, and the arguments of counsel, the Court finds the Motion is due to be **GRANTED** and orders the following:

The above referenced case is **DISMISSED without prejudice**.

Signed this 21st day of August, 2003.

_____
Honorable Andrew S. Hanen
United States District Judge